IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE L. TAYLOR, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 13-12 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| RONDA WINNECOUR, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER OF NOTIFICATION

The Clerk's Office has received and docketed Appellant's "Exhibits" in support of her Notice of Appeal. *See* Doc. 7. Consistent with the Docket Entry corresponding with Appellant's Notice of Appeal (attached as Appendix A hereto), the Clerk's Office has "certifie[d] the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries." *See id.* Thus, any further submissions Appellant wishes to make in connection with her appeal of this Court's decision should be made directly to the Court of Appeals for the Third Circuit. *See generally* In re Advanced Elecs., Inc., 2008 WL 2600725, *4 (3d Cir. Jun. 30, 2008) (timely filing of notice of appeal "confer[s] jurisdiction on [the] Court of Appeals and divest[s the] district court of its control over those aspects of the case involved in the appeal") (citation to quoted source omitted).[1]

---

[1] As a one-time courtesy, this Court's Clerk has notified the Court of Appeals regarding Appellant's filing of "Exhibits" (Doc. 7). *See* EFC Notif. to 3d Cir. dated Apr. 24, 2013 (attached as Appendix B hereto).

IT IS SO ORDERED.

April 26, 2013                                                       s\Cathy Bissoon
                                                                             Cathy Bissoon
                                                                             United States District Judge

enclosures (2)

cc (via First-Class U.S. Mail):

Carole L. Taylor
1112 N. Negley Avenue
Pittsburgh, PA  15206

cc (via ECF email notification):

All Counsel of Record